**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02173-ZLW

BENJAMIN K. BANKS,

    Applicant,

v.

TRAVIS TRANI, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the "Motion for Relief From Order of Judgment and Dismissal" filed by Applicant on January 31, 2011 (Doc. # 26).  The motion is DENIED as moot.  Applicant's appeal in this action to the United States Court of Appeals for the Tenth Circuit was dismissed on April 16, 2010.  In doing so, the Tenth Circuit found that the Order of Dismissal entered in this action on January 19, 2010, was "unquestionably correct."  Applicant can not obtain any further relief in this Court.

    Dated:  February 14, 2011